

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PATRICK LEE BENNETT,<br><br>Defendant. | CR 17-11-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to File Document Under Seal (Doc. 23), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's motion to file document under seal is **GRANTED.** Defendant's psychological evaluation is filed under seal.

DATED this 2nd day of October, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1